BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building and U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
E-mail: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL DELANE HOWARD,<br><br>Defendant. | Case No.  1:21-cr-00001-TMB-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF<br>AMMUNITION<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and<br>924(a)(2) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about April 22, 2020, within the District of Alaska, in or near Craig, Alaska,

the defendant, MICHAEL DELANE HOWARD, knowingly having been convicted of

the following crime punishable by imprisonment for a term exceeding one year, did

knowingly possess, in and affecting interstate and foreign commerce, ammunition, to wit:

1. Approximately1,000 rounds of .223 caliber ammunition

<u>Convictions</u>

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| September 30, 2014 | Misconduct of a Controlled Substance in the Fourth Degree | State of Alaska, First Judicial District, at Craig | 1CR-14-71 CR |
| May 16, 2006 | Assault in the Third Degree | State of Alaska, First Judicial District, at Ketchikan | 1KE-05-1295 CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon for
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE: 1/19/2021