BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | No. 1:21-cr-00001-TMB-MMS |
| ) | |
| MICHAEL DELANE HOWARD, ) | **PETITION FOR WRIT OF** |
| ) | **HABEAS CORPUS AD** |
| On Writ of Habeas Corpus ) | **PROSEQUENDUM** |
| ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

MICHAEL DELANE HOWARD, who is imprisoned by the State of Alaska Department of Corrections, at the Craig, AK Police Department, is a defendant in a certain cause now pending before this court, to wit: United States v. Howard, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the Judge of our District Court within and

//

for the District of Alaska, at Juneau, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

BRYAN SCHRODER
United States Attorney

DATED: January 20, 2021

s/ *Jack S. Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney

U.S. v. Howard